# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:16CR68 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| JANET FONTENOT, and STEPHANIE HILL, | ) | |
| Defendants. | ) | |

Before the Court are the Findings and Recommendation ("Report") of Magistrate Judge F.A. Gossett (Filing No. 52). The Report recommends that Defendant Stephanie Hill's Motion to Change Venue (Filing No. 48) be granted. No objections to the Report have been filed. After a review of the Court record in this matter,

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (Filing No. 52) is adopted; and

2. Defendant Stephanie Hill's Motion to Change Venue (Filing No. 48) is granted.

DATED this 23th day of June, 2016.

BY THE COURT:

s/
Chief United States District Judge