# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JANET FONTENOT, <br><br> Defendant. | 8:16CR68 <br><br> ORDER |

This matter is before the Court on the United States' Motion to Dismiss Forfeiture Allegation, ECF No. 102. The Court has reviewed the record in this case and, being duly advised in the premises, finds the United States' Motion should be granted.

IT IS ORDERED:

1. The United States' Motion to Dismiss Forfeiture Allegation, ECF No. 102, is granted.

2. The Forfeiture Allegation of the Indictment is dismissed.

Dated this 8th day of August, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge